**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

DANIELLE ROSE,                                      )
                                                    )
    Plaintiff,                  )
                                                    )
                             )    No. 3:15-cv-00415
v.                                                  )    Senior Judge Haynes
                                                    )
CLARKSVILLE-MONTGOMERY COUNTY                       )
COMMUNITY ACTION AGENCY,                            )
                                                    )
    Defendant.                  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 30), to which Plaintiff filed objections (Docket Entry No. 32). After de novo review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and accordingly the Defendant's partial motion to dismiss the amended complaint (Docket Entry No. 19) is **GRANTED in part** and **DENIED in part**. The Defendant's motion is **GRANTED** only on Plaintiff's FMLA retaliation claims, Plaintiff's Title VII and THRA reverse race discrimination claims, and Plaintiff's TDA claims, but is otherwise **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ___9th___ day of March, 2016.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge